# SIMMS·SHOWERS LLP
INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

**Christopher J. Lyon**
PARTNER
cjlyon@simmsshowers.com
443.290.8708

September 23, 2019

**VIA CM/ECF SYSTEM**
The Honorable Stephanie A. Gallagher
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      **Re:**   *McCormick & Company, Inc. v. Primal Palate, LLC*
             **In the United States District Court for the District of Maryland**
             **Case No.  1:18-cv-03799-SAG**

Dear Judge Gallagher:

     Along with lead counsel, Steven Susser of Carlson Gaskey Olds, our firm represents Primal Palate, LLC ("Primal Palate").  Kindly accept this updated status report.

     In the Joint Status Report (ECF No. 29) submitted on August 21, 2019, Primal Palate stated its intention to file a dispositive motion.  Thereafter, McCormick & Company, Inc. ("McCormick"), with Primal Palate's consent, amended its Complaint to remove Count I, a claim for federal trademark dilution.  (*See* Redlined Version of Am. Compl. (ECF No. 31-1)).)

     In view of McCormick's decision to remove the trademark dilution claim, Primal Palate no longer intends to file a dispositive pretrial motion.  As such, no party intends to file a dispositive pretrial motion.

     Therefore, pursuant to the Scheduling Order (ECF No. 19, Part V), this case may be calendared for a scheduling conference.

                                             Respectfully submitted,

                                             Christopher J. Lyon

cc:     All Counsel of Record