**SIMMS·SHOWERS LLP**

INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

**Christopher J. Lyon**
PARTNER
cjlyon@simmsshowers.com
443.290.8708

October 31, 2019

**VIA CM/ECF SYSTEM**
The Honorable Stephanie A. Gallagher
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      **Re:**   *McCormick & Company, Inc. v. Primal Palate, LLC*
              **In the United States District Court for the District of Maryland**
              **Case No.  1:18-cv-03799-SAG**

Dear Judge Gallagher:

      Along with lead counsel, Steven Susser of Carlson Gaskey Olds, our firm represents Primal Palate, LLC ("Primal Palate").  At the beginning of this month, the Court issued an Order scheduling, among other events, a Pretrial Conference for March 16, 2020 (ECF No. 38).

      On that date, the undersigned is already scheduled to be out of the country on a family vacation.  It is, therefore, respectfully requested that the undersigned either be excused from appearing at the Pretrial Conference or be permitted to participate telephonically.  Whether the undersigned is excused, appears telephonically or appears in person, Primal Palate will be represented at the Pretrial Conference by Mr. Susser.

      If Your Honor requires a more formal motion, we shall readily comply.

                                                               Respectfully submitted,

                                                               Christopher J. Lyon

cc:     All Counsel of Record