**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

December 20, 2019

Writer's Direct Contact
+1 (415) 268.7546
JLiou@mofo.com

*Via ECF*

The Honorable Beth P. Gesner
Chief United States Magistrate Judge
United States District Court, District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   *McCormick & Company, Incorporated v. Primal Palate, LLC*, Civil No. RDB-18-03799

Dear Judge Besner:

McCormick & Company, Incorporated submits this letter in connection with the Court's October 16, 2019 (ECF No. 39) order scheduling a telephone settlement conference. Primal Palate recently informed McCormick that its counsel is unavailable to attend the January 27, 2020 settlement conference because of a trial that was previously set that week. While McCormick remains available to attend the originally-scheduled conference, it is also available during the weeks of January 6th and 13th should those dates work for the Court.

In the event that the settlement conference must be rescheduled to February, McCormick requests that the Court require the parties to attend the settlement conference in person. McCormick believes any later-scheduled conference will be more efficient if conducted in person, which is the usual practice in the District, and given its close proximity to the March 30 trial date. McCormick had requested that the settlement conference occur in person, and does not believe requiring such attendance will cause undue hardship to either party. McCormick is based in Maryland, Primal Palate is based in Pennsylvania, and Primal Palate's counsel is based in Michigan. McCormick's counsel is based in California, but has no objection to traveling to the conference. If not all Primal Palate representatives who wish to participate can travel, McCormick does not object to his or her telephonic participation.

Sincerely,

*Joyce*

Joyce Liou

sf-4156311